UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY LEE PERKINS JR.,

Plaintiff,

-against-

DEPT OF SECURITY STEVENSON;
RODRIGUEZ CORRECTIONAL
OFFICER; DR. ZOMMILUS MEDICAL
DIRECTOR; FRANK CARBONE;
GREGORY YAHM,

Defendants.

No. 26-CV-0934 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is incarcerated at Fishkill Correctional Facility, filed this *pro se* amended complaint under 42 U.S.C. § 1983. He alleges, among other things, that Correctional Officer Rodriguez assaulted him and poisoned his food. (ECF 1.) Upon review, it is apparent that Plaintiff intended that this amended complaint be filed in a pending matter, *Perkins v. Rodriguez*, No. 25-CV-5166 (CS) (S.D.N.Y. Jan. 16, 2026) (granting Plaintiff until February 9, 2026, to file an amended complaint). The Court directs the Clerk of Court to docket the amended complaint filed in this case, ECF 1, as an amended complaint in No. 25-CV-5166, and to dismiss this action without prejudice.

In light of the Court's belief that Plaintiff did not intend to file a new civil action, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

**CONCLUSION**

The Court directs the Clerk of Court to: (1) docket a copy of this order and the amended complaint filed in this case, ECF 1, as an amended complaint in *Perkins v. Rodriguez*, No. 25-CV-5166 (CS); and (2) dismiss this action without prejudice.

In light of the Court's belief that Plaintiff did not intend to file a new civil action, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this action without prejudice.

SO ORDERED.

Dated:    April 3, 2026
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge