UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMMY LEE PERKINS, JR.,

                    Plaintiff,

          -against-

STEVENSON ET AL,

                    Defendants.

26-cv-934 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 3, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    April 7, 2026
           New York, New York

                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                              Chief United States District Judge